**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00371-BNB

LARRY GORDON,

    Applicant,

v.

FRANCIS FAULK, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion titled "Motion for discovery 'duty of disclosure'" (ECF No. 16) filed on March 24, 2014, is DENIED as premature.

Dated:  March 26, 2014